AO 442 (Rev.6/96-EDVA) Warrant for Arrest

# United States District Court
### EASTERN DISTRICT OF VIRGINIA

05 - 0400M - 01

## WARRANT FOR ARREST

UNITED STATES OF AMERICA
V.

**RICARDO DEWS**  CASE NUMBER : 1:01cr0015-004

**FILED**
JUL 1 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **RICARDO DEWS** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

__Indictment __Information __Complaint __Order of Court __Violation Notice _X_ Supervised Release Violation Petition

charging him or her with (brief description of offense):

- See Attached Petition

In Violation of Title **18** United States Code, Section(s) **3583**

**Amy Giannetti-Gillespie**
Name of Issuing Officer

*(signature)*
Signature of Issuing Officer

**Deputy Clerk**
Title of Issuing Officer

September 27, 2004
401 Courthouse Square Alexandria, VA 22314
Date and Location

Bail fixed at $ No Recommendation

by Leonie M. Brinkema
United States District Judge

| Date Received 7-14-05 | Name and Title of Arresting Officer  JEAN McLEOD  SDUSM | Signature of Arresting Officer  Jean McLeod |
|---|---|---|
| Date of Arrest 7-14-05 | | |