UNITED STATES DISTRICT COURT
for
EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Ricardo Dews                     Docket No. 1:01CR00015-004

## Petition on Supervised Release

COMES NOW Elizabeth T. Louison, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Ricardo Dews, who was placed on supervision by the Honorable Leonie M. Brinkema sitting in the Court at Alexandria, Virginia, on the 7th day of June, 2001, who fixed the period of supervision at 3 years, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall make a good faith effort to pay his full restitution obligation during supervised release with minimum monthly payments of $100.00 to begin sixty (60) days after release from custody.
2. The defendant must remain drug free and submit to mandatory drug testing for which the defendant must pay. The defendant must satisfactorily participate in, and complete, any inpatient or outpatient drug treatment to which defendant is directed by the probation officer.
3. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.
4. The defendant shall provide the probation officer with access to requested financial information.
5. The defendant shall not engage in any financial transactions over $1,000.00 without prior approval of his probation officer.
6. The defendant must actively seek and maintain full-time employment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
See Attachment(s)

PRAYING THAT THE COURT WILL ORDER a warrant to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

BOND RECOMMENDATION: No bond.

DOB:                                          FBI NO.:    383772AA3
SSN:                                          REG. NO.:   48508-083
SEX:    Male                                  ADDRESS:
RACE:   Black/Non-Hispanic
                                              PHONE:

ORDER OF COURT                                Respectfully,

Considered and ordered this 27th day
of September, 2004 and ordered
filed and made a part of the records          _____
in the above case.                            Elizabeth T. Louison
                                              Senior U.S. Probation Officer

_____               Place  Alexandria, Virginia
United States District Judge                  Date   9-24-04

TO CLERK'S OFFICE

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY _____
     DEPUTY CLERK

OFFENSE: Conspiracy To Commit Bank Fraud

SENTENCE: Fifteen months in the U.S. Bureau of Prisons, followed by a 3-year term of supervised release.

ADJUSTMENT TO SUPERVISION: Unsatisfactory, according to the U.S. Probation Officer supervising this offender in the District of Columbia. The offender was released from the U.S. Bureau of Prisons on January 2, 2004, to begin the term of supervised release. He is supervised in the District of Columbia, where he resides.

Mr. Dews has been offered the opportunity to obtain drug treatment, however, he has been unsuccessful at abstaining from drug use. He has admitted to using both heroin and cocaine daily, at a cost of about $100.00 per day. He is unemployed.

VIOLATIONS: The following violations are submitted for the Court's consideration.

SPECIAL CONDITION:   FAILURE TO COMPLETE DRUG TREATMENT AS DIRECTED BY THE U.S. PROBATION OFFICER.

On April 4, 2004, Mr. Dews was admitted to residential treatment at Regional Addiction Prevention, Inc. (RAP) due to his inability to remain abstinent from drugs. On July 28, 2004, he was unsuccessfully discharged as a result of his failure to comply with program rules and regulations. Specifically, Mr. Dews had disobeyed staff directions to discontinue a relationship and interactions with a female resident.

CONDITION 2:   FAILURE TO REPORT TO THE U.S. PROBATION OFFICER AS DIRECTED.

The defendant has failed to report to the U.S. Probation Officer as directed on August 10 and 17, 2004, and September 13, 2004. The appointment of September 13, 2004, had been scheduled in order to refer Mr. Dews for methadone treatment, at his request.

SPECIAL CONDITION:   "THE DEFENDANT SHALL MAKE A GOOD FAITH EFFORT TO PAY HIS FULL RESTITUTION OBLIGATION DURING SUPERVISED RELEASE WITH MINIMUM MONTHLY PAYMENTS OF $100.00 TO BEGIN SIXTY (60) DAYS AFTER RELEASE FROM CUSTODY."

Mr. Dews has not made any payments toward the Court ordered restitution while on supervised release. He had been expected to begin payments upon his completion from RAP, Inc., however, he has not gained employment.

ETL/lmb